# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 16, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

162778(54)
162779

DELANEY LONSWAY, CAMERYN
LONSWAY, MICHAEL LONSWAY,
and SUSAN LONSWAY,
Plaintiffs-Appellees,

v

YALE UNIVERSITY, YALE UNIVERSITY
SCHOOL OF MEDICINE, and ALLEN E.
BALE, M.D.,
Defendants-Appellees,
and

JESSICA N. EVERETT, and ELENA
MARTINEZ STOFFEL, M.D.,
Defendants-Appellants.
_____

SC: 162778
COA: 350759
Washtenaw CC: 18-000857-NH

DELANEY LONSWAY, CAMERYN
LONSWAY, SUSAN LONSWAY, and
MICHAEL LONSWAY,
Plaintiffs-Appellees,

v

UNIVERSITY OF MICHIGAN REGENTS,
UNIVERSITY OF MICHIGAN, and
UNIVERSITY OF MICHIGAN HEALTH
SYSTEM,
Defendants-Appellants.
_____/

SC: 162779
COA: 350775
Washtenaw CC: 18-000153-MH

On order of the Chief Justice, the motion for the temporary admission of out-of-state attorney Peter A. Hessler to appear and practice in this case under MCR 8.126(A) is GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 16, 2021



Clerk